UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF/RESPONDENT


        v.              CASE NO.  6:10CR60030
                                  6:13CV06056


BONNIE LYNN MOORE                                         DEFENDANT


## ORDER

Now on this 11th day of February 2014, there comes on for consideration the Report and Recommendation filed herein on January 15, 2014, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 75).  The parties did not file written objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, the 28 U.S.C. § 2255 motion (Doc. 68) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.


                                /s/ Robert T. Dawson
                                Honorable Robert T. Dawson
                                United States District Judge


AO72A
(Rev. 8/82)